UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06MC256 RWS |
| | ) | |
| JANICE V. HICKS, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

In light of the suggestion of bankruptcy of Respondent Janice V. Hicks filed by Petitioner's

counsel and the stay of this action which results, the Court concludes that the case should be

administratively closed until such time as the bankruptcy proceedings have been concluded or Court

action is otherwise required. Any motion seeking reopening of the case shall state:

(a)     the facts and procedural history, including any significant occurrences in the bankruptcy
        proceedings;

(b)     the issues remaining for determination by this Court;

(c)     the potential for settlement, and the status of any settlement discussions;

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively **CLOSE** this

action, subject to reopening on a motion filed in compliance with this order.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice to be

refiled in the event the case is reopened.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of September, 2006.